# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 3:14CR047 |
| TERRY STUERMAN | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named individual commenced a three year term of supervised release on June 7, 2017. Her term is scheduled to expire on June 6, 2020. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _23rd_ day of _ectober_, 2019

The Honorable Walter H. Rice
United States District Judge